IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 7:21-CR- 25 |
| vs. | VIOLATIONS: |
| AARON SUTHERLAND | 18 U.S.C. § 2251(a) |
| | 18 U.S.C. § 2251(e) |
| | 18 U.S.C. § 2422(b) |
| | 18 U.S.C. § 2 |
| | 18 U.S.C. § 2253 |
| | 18 U.S.C. § 2428 |
| | 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT ONE
## PRODUCTION OF CHILD PORNOGRAPHY
## 18 U.S.C. §§ 2251(a) and (e)

Between on or about February 5, 2021, and on or about April 25, 2021, in the Valdosta Division of the Middle District of Georgia, the defendant,

**AARON SUTHERLAND,**

did employ, use, induce, entice and coerce and attempt to employ, use, induce, entice and coerce Minor Victim #1, a minor whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were produced using material that had been mailed, shipped, and transported in interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
## ATTEMPTED COERCION AND ENTICEMENT OF A MINOR
## 18 U.S.C. § 2422(b)

From on or about February 15, 2021, to on or about February 22, 2021, in the Valdosta Division of the Middle District of Georgia, the defendant,

**AARON SUTHERLAND,**

did knowingly attempt to persuade, induce, entice and coerce any individual who had not attainted the age of 18 years to engage in any sexual activity for which any person could be charged with an offense, including O.C.G.A. Section 16-6-4 (child molestation).

All in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE NOTICE
## (18 U.S.C. § 2253, 18 U.S.C. § 2428, and 28 U.S.C. § 2461 - Criminal Forfeiture)

1.  The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeitures to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 2253; and/or Title 18, United States Code, Section 2428, in conjunction with Title 28, United States Code, Section 2461(c).

2.  Upon conviction of the offense(s) in violation of Title 18, United States Code, Sections 2251(a) and (e) set forth in Count One of this Indictment, the defendant, **AARON SUTHERLAND**, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 2253:

    (a)  Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 . . . or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received

2

in violation of Title 18, United States Code, Chapter 110;

(b) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s); and

(c) Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense(s), or any property traceable to such property.

3. Upon conviction of the offense(s) in violation of Title 18, United States Code Section 2422(b) set forth in Count Two of this Indictment, the defendant, **AARON SUTHERLAND**, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 2428: any property, real or personal, which constitutes or is derived from proceeds traceable to said violation(s); and/or any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation.

4. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon exercise of due diligence;

(b) has been transferred, sold to or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 2253(b) and 2428(b).

All pursuant to 18 U.S.C. §§ 2253, 2428, and 28 U.S.C. § 2461.

A TRUE BILL.

*/s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:

PETER D. LEARY
ACTING UNITED STATES ATTORNEY

KATELYN SEMALES
Assistant United States Attorney

Filed in open court this ___ day of _____ 2021.

Deputy Clerk

4