IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| Plaintiff | * | |
| | * | CASE NO.: 7:21-CR-025 |
| vs. | * | |
| | * | |
| **AARON SUTHERLAND,** | * | |
| Defendant. | * | |

## MOTION TO CONTINUE

COMES NOW the Defendant, Aaron Sutherland, and hereby moves this Honorable Court to Continue the Trial Week from the scheduled begin date of August 25, 2021 Pretrial Conference and Trial Term of September 20, 2021. In support of the proposed Motion, the Defendant shows the following:

1.

The Defendant appeared before the Hon. Thomas Q. Langstaff for his initial appearance on August 3, 2021, at which time he entered a plea of not guilty.

2.

That the Defendant was detained by the Court after a hearing on pretrial release the same date.

3.

1

The Government has produced discovery to the Defense, but the parties have not yet discussed the terms of a potential Plea Agreement. The Defendant does wish to resolve the matter without the need for trial.

4.

The Defendant would request the pending pretrial conference and trial week be continued to allow the undersigned an opportunity to discuss plea negotiations with the Government and review the same.

5.

Counsel for the Defendant has reviewed this motion with the AUSA Katelyn Semales on behalf of the Government, and she does not oppose said request to continue.

Accordingly, Mr. Sutherland respectfully requests this Motion to Continue be granted. The ends of justice require this continuance and the period of this continuance shall be excludable under the Speedy Trial Act (18 U.S.C. §3161). Respectfully submitted, this 10th day of August, 2021.

/s/ Jason B. Moon
Jason B. Moon
Attorney at Law

Address of Counsel:
119 W. North St. (31601)
P.O. Box 866
Valdosta, GA 31603-0866
Telephone: (229) 247-0715
State Bar No. 517955
Email: jason@valdostagalawyer.com

## CERTIFICATE OF SERVICE

This is to certify that I have on this day I have served on counsel for the Government a copy of this Motion to Continue via electronic mail and through the Court's CM/ECF System.

This 10th day of August, 2021.

/s/ Jason B. Moon
Jason B. Moon
Attorney at Law
