IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:21-CR-00025 (WLS-TQL) |
| | : |
| AARON SUTHERLAND, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

Before the Court is Defendant's "Motion to Continue" filed on August 10, 2021. (Doc. 23.) Therein, Defendant states that he had his initial appearance recently on August 3, 2021 and that additional time is needed to have plea negotiations and that the Government does not oppose Defendant's request to continue the trial in this case.

Based on the above-stated reasons, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the motion to continue (Doc. 23) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division November 2021 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

The August 25, 2021 pretrial conference is **CANCELLED**.

**SO ORDERED**, this 13th day of August 2021.

/s/ W. Louis Sands.
**W. LOUIS SANDS, SR. JUDGE**

**UNITED STATES DISTRICT COURT**