IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:21-CR-00025 (WLS-TQL) |
| | : |
| AARON SUTHERLAND, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

Previously, the Court ordered the Parties to confer and notify the Court whether they were ready to proceed to trial in this Court's November 2021 trial term. (Doc. 25.) The Parties were informed that "[i]f a motion to continue is not filed by the same date, a pretrial conference may be set." *Id.* Defense counsel has now filed a "Response to Order Regarding Status of Case," informing the Court that the Parties are reviewing a plea agreement and asking that "this Motion to Continue be granted." (Doc. 26.) However, the "Response" is not clearly labeled as a motion to continue. *See* M.D. Ga. L.R. 7. For clarity of the record, defense counsel shall promptly file a Motion to Continue if he wishes the trial in this case to be continued to the next term of court.

**SO ORDERED**, this 27th day of September 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**