IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff | * * * |
| vs. | * CASE NO.: 7:21-CR-025 * * |
| **AARON SUTHERLAND,**  Defendant. | * * |

## MOTION TO CONTINUE

COMES NOW the Defendant, Aaron Sutherland, and hereby moves this Honorable Court to Continue the Trial Week from the Trial Term scheduled for November 2021. In support of the proposed Motion, the Defendant shows the following:

1.

The Defendant appeared before the Hon. Thomas Q. Langstaff for his initial appearance on August 3, 2021, at which time he entered a plea of not guilty.

2.

That the Defendant was detained by the Court after a hearing on pretrial release the same date.

3.

1

The Government has produced discovery to the Defense, and the parties are continuing to discuss the terms of a potential Plea Agreement. The Defendant does wish to resolve the matter without the need for trial.

4.

The Defendant would request the pending November 2021 trial term be continued to allow the undersigned an opportunity to discuss plea negotiations with the Government and review the discovery further.

5.

Counsel for the Defendant has reviewed this motion with the AUSAs Katelyn Semales and Michael Solis on behalf of the Government, and they do not oppose said request to continue.

Accordingly, Mr. Sutherland respectfully requests this Motion to Continue be granted. The ends of justice require this continuance and the period of this continuance shall be excludable under the Speedy Trial Act (18 U.S.C. §3161). Respectfully submitted, this 28th day of September, 2021.

/s/ Jason B. Moon
Jason B. Moon
Attorney at Law

Address of Counsel:
119 W. North St. (31601)
P.O. Box 866
Valdosta, GA 31603-0866
Telephone: (229) 247-0715
State Bar No. 517955
Email: jason@valdostagalawyer.com

## CERTIFICATE OF SERVICE

This is to certify that I have on this day I have served on counsel for the Government a copy of this Motion to Continue via electronic mail and through the Court's CM/ECF System.

This 28th day of September, 2021.

/s/ Jason B. Moon
Jason B. Moon
Attorney at Law