**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | Case No.: 7:21-CR-00025 (WLS-TQL) |
| | : | |
| AARON SUTHERLAND, | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

## <u>ORDER</u>

On January 13, 2022, the Court held a change of plea hearing in this case. (*See* Doc. 35.) The Court issues this Order to memorialize and clarify the instructions given at that hearing.

At the Government's request and for the reasons stated by the Government, the Court ordered that the signed plea agreement be filed under seal. However, because of the limitations on sealing and the rights of the public to view documents on the record, the Court ordered that the attorneys in this case confer about whether they can make redactions to the plea agreement to protect the sensitive information therein but otherwise allow the plea agreement to be publicly available. *See, e.g., FTC v. AbbVie Prods. LLC*, 713 F.3d 54, 70-71 (11th Cir. 2013); *Brown v. Advantage Eng'g, Inc.*, 960 F.2d 1013, 1016 (11th Cir. 1992).

Accordingly, the Parties' counsel are **ORDERED** to promptly confer about redacting the plea agreement and to file a properly redacted plea agreement (*see* M.D.Ga. L.R. 5.4) **no later than Thursday, January 27, 2022**.

**SO ORDERED**, this <u>19th</u> day of January 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**