IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v.  : | Case No.: 7:21-CR-00025 (WLS-TQL) |
| : | |
| AARON SUTHERLAND, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

Defendant has filed a Motion to Seal, requesting that his sentencing memorandum and supporting exhibits be filed under seal due to privacy concerns. (Doc. 43.) The memorandum and exhibits were emailed to the Court, and the Court finds that such documents may be sealed. *See Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007). Furthermore, defense counsel stated in his email that the Government does not oppose the documents being filed under seal.

Therefore, Defendant's Motion to Seal (Doc. 43) is **GRANTED**. The Clerk of Court is **DIRECTED** to docket the memorandum and exhibits emailed by defense counsel under seal to be made available only to the Parties' counsel and the Court. The sentencing memorandum and exhibits thereto shall remain sealed until further order of the Court.

**SO ORDERED**, this 13th day of June 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1