IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:21-CR-00025 (WLS-TQL) |
| | : |
| AARON SUTHERLAND, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

A sentencing hearing is set for Wednesday, June 22, 2022. No objections were filed. (*See* Doc. 42.) The Final Presentence Investigation Report specifies that where an identifiable victim's losses remain unascertainable prior to the sentencing hearing, the Court may set a date not to exceed 90 days after sentencing for a final determination of any losses. (Doc. 46 ¶¶ 73, 74) (citing 18 U.S.C. § 3664(d)(5)). The relevant statute provides that "[i]f the victim's losses are not ascertainable by the date that is 10 days prior to sentencing, the attorney for the Government or the probation officer shall so inform the court, and the court shall set a date for the final determination of the victim's losses. . . ." The Government has not provided the Court any information regarding restitution in this case. As such, the Parties are expected to present any evidence or arguments regarding an appropriate restitution amount at the scheduled sentencing.

**SO ORDERED**, this 17th day of June 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**