**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v.  : | Case No.: 7:21-CR-00025 (WLS-TQL) |
| : | |
| AARON SUTHERLAND,  : | |
| : | |
| Defendant.  : | |

**ORDER**

A sentencing hearing was held in this case on Wednesday, June 22, 2022. At the hearing, the Government announced that the Parties agreed to a restitution amount of $250,000. Based on the Government's suggestion, the Court ordered that the Parties confer and file a proposed restitution order for the Court's review.

The proposed restitution order is due **no later than Friday, July 22, 2022**.

**SO ORDERED**, this 23rd day of June 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1