IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Case No.: 7:21-CR-00025 (WLS-TQL) |
| AARON SUTHERLAND, | : |
| Defendant. | : |

**ORDER**

A sentencing hearing was held in this case on Wednesday, June 22, 2022. At the hearing, the Government announced that the Parties agreed to a restitution amount of $250,000. Based on the Government's suggestion, the Court ordered that the Parties confer and file a proposed restitution order for the Court's review. The Court ordered the Parties to file the proposed restitution order by no later than Friday, July 22, 2022. (Doc. 48.)

To date, neither Party has complied with this Court's Order. (Doc. 48.) Accordingly, the Parties are hereby **ORDERED** to **IMMEDIATELY** file a proposed restitution order, **by no later than Monday, August 1, 2022,** along with an explanation as to why Counsel failed to comply with the Court's Order (Doc. 48) or timely seek an extension.

**SO ORDERED**, this 29th day of July 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1